BARBOUR WELL SURVEYING CORPORATION and Joel S. Barbour, Plaintiffs–Appellants,

v.

CLAUDE LAVAL CORPORATION, Defendant–Appellee,

and

Layne Christensen Company, Defendant–Appellee,

and

CCF Engineering and Manufacturing, Inc., Defendant–Appellee.

No. 00–1404.

United States Court of Appeals, Federal Circuit.

DECIDED: March 7, 2001.

Before CLEVENGER and GAJARSA, Circuit Judges, PLAGER, Senior Circuit Judge.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.